UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| KELVIN BERNARD JOHNSON, | : | CASE NO. 19-51667-BEM |
| TRACEY ANN JOHNSON, | : | |
| | : | |
| Debtors. | : | |

| | | |
|---|---|---|
| | : | |
| S. GREGORY HAYS, Chapter 7 Trustee | : | |
| for the Estate of Kelvin Bernard Johnson | : | |
| and Tracey Ann Johnson, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Adv. Pro. No. 20-06026-BEM |
| | : | |
| NEW DAY FINANCIAL, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Michael J. Bargar, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service was made on February 5, 2020 of the *Summons* [Doc. No. 2] issued on February 4, 2020, and a copy of the *Complaint* [Doc. No. 1] filed on February 3, 2020, by first class mail and or certified mail as indicated, postage fully pre-paid, and addressed to:

*Via First Class Mail and Certified Mail:*
Robert Posner, CEO
New Day Financial, LLC
8160 Maple Lawn Boulevard
Fulton, MD 20759

14625455v1

***Via First Class Mail:***
New Day Financial, LLC
c/o Registered Agent Solutions, Inc., its Registered Agent
900 Old Roswell Lakes Parkway
Suite 310
Roswell, GA 30076

**Under penalty of perjury, I declare that the foregoing is true and correct.**

This 5th day of February, 2020.

ARNALL GOLDEN GREGORY LLP
*Attorneys for Chapter 7 Trustee*

By: */s/ Michael J. Bargar*
    Michael J. Bargar
    GA. Bar No. 645709
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363-1031
(404) 873-8500
michael.bargar@agg.com

14625455v1